## HAAS v. CALDWELL SYSTEMS, INC.

No. 295P90

Case below: 98 N.C.App. 679

Petition by third-party defendants for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

## HARRIS v. TEMPLE

No. 288P90

Case below: 99 N.C.App. 179

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

## HEATH v. CRAIGHILL, RENDLEMAN, INGLE & BLYTHE

No. 97P90

Case below: 97 N.C.App. 236

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

## HOME INDEMNITY CO. v. HOECHST-CELANESE CORP.

No. 380P90

Case below: 99 N.C.App. 322

Motion by defendant (Hoechst-Celanese Corp.) to dismiss appeal by plaintiffs and several defendants for lack of substantial constitutional question allowed 29 August 1990. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990. Petition by several defendants for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.